UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER REIGNIERD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANTANDER CONSUMER USA INC.,<br><br>　　　　Defendant. | Case No.  20-cv-05021-SVK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 9 |

On September 29, 2020, the Parties stipulated and requested an order that this action be dismissed in its entirety with prejudice. Dkt. 9. Accordingly, the Court **DISMISSES** all claims with prejudice. The Clerk shall close this file. All deadlines and hearings are vacated.

**SO ORDERED.**

Dated: October 1, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge